Receipt of
Initiating Documents.

Note:
No Application to Proceed I.F.P. or
Filing Fee received.